No. 844. ACEVEDO, PETICIONARIO Y APELADO, v. LÓPEZ, OPOSITOR Y APELANTE. Administración judicial. Aguadilla. Junio 14, 1915. *Desestimada la apelación.*

No. 836. EL PUEBLO, DEMANDANTE Y APELADO, v. BORGES, DEMANDADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao. Junio 14, 1915. *Confirmada la sentencia.*

No. 878. EL PUEBLO, DEMANDANTE Y APELADO, v. BERNARDINI, ACUSADO Y APELANTE.—Falsa representación. San Juan, Sección 2ª. Junio 15, 1915. *Desistida la apelación.*

No. 846. EL PUEBLO, DEMANDANTE Y APELADO v. FÉLIX, ACUSADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. Humacao. Junio 21, 1915. *Confirmada la sentencia.*

No. 832. EL PUEBLO, DEMANDANTE Y APELADO, v. SOUFFRONT, ACUSADO Y APELANTE.—Calumnia e injuria. San Juan, Sección 2ª. Junio 22, 1915. *Confirmada la sentencia.*

No. 1360. MALDONADO, DEMANDANTE Y APELADO, v. FAURA, DEMANDADO Y APELANTE.—Cumplimiento de contrato. Humacao. Junio 22, 1915. *Desestimada la apelación.*

No. 150. MARTÍNEZ, PETICIONARIO, v. SOTO NUSSA, JUEZ DE DISTRITO DE AGUADILLA. Certiorari. Junio 23, 1915. *Sin lugar la solicitud.*

No. 838. EL PUEBLO, DEMANDANTE Y APELADO, v. GONZÁLEZ, ACUSADO Y APELANTE.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Junio 26, 1915. *Confirmada la sentencia.*